JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LARA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:20-cv-01749-AWI-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 21, 2021 to July 21, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S CONFIDENTIAL LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly

1

for the Court's consideration. Defendant does not oppose the requested extension. Good cause exists for this late filing. Counsel marked the filing of this stipulation as complete.  However, Counsel had yet to file the stipulation. Counsel apologizes for this oversight.

                              Respectfully submitted,

Dated:      June 21, 2021      PENA & BROMBERG, ATTORNEYS AT LAW


                           By: */s/ Jonathan Omar Pena*
                              JONATHAN OMAR PENA
                              Attorneys for Plaintiff


Dated: June 21, 2021      PHILLIP A. TALBERT
                              Acting United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration


                           By:  */s    Daniel P. Talbert*
                              Daniel P. Talbert
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (*As authorized by email on June 21, 2021)

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to serve his Confidential Letter Brief is GRANTED. Plaintiff shall serve Defendant with his Confidential Letter Brief on or before July 21, 2021. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **June 23, 2021**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE