JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert    Lara,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-01749-AWI-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from September 24, 2021 to October 25, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time but first for this task.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the week of September 19,

2021 to September 25, 2021, Plaintiff's Counsel has four letter briefs, two Opening briefs, and a Motion for Summary Judgment due. Additionally, Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel is in the process of increasing staff support to accommodate the increase in the number of cases at the briefing stage.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 27, 2021    PENA & BROMBERG, ATTORNEYS AT LAW


By: /s/ Jonathan Omar Pena
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: August 27, 2021    PHILLIP A. TALBERT
    Acting United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration


By:  */s/ Daniel P. Talbert
    Daniel P. Talbert
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on August 26, 2021)

2

# ORDER

Pursuant to the Parties stipulation, and good cause appearing, the Court HEREBY GRANTS the request. The Plaintiff shall file the Opening Brief no later than October 25, 2021. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 30, 2021**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE