PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4860
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERT LARA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 1:20-cv-01749-AWI-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    The parties stipulate, subject to the approval of the Court, that this action shall be remanded to the Commissioner of Social Security pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. Upon remand, the Appeals Council will instruct the Administrative Law Judge to obtain supplemental vocational expert evidence to

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

clarify the effect of the assessed limitations on Plaintiff's ability to perform other work that exists in significant numbers in the national economy, take any further action needed to complete the administrative record, and issue a new decision.  The parties further stipulate that the clerk shall enter judgment in favor of Plaintiff and against Defendant.

Respectfully submitted,

DATE: November 22, 2021

*s/ Jonathan Pena*
JONATHAN PENA
Attorney for Plaintiff
(authorized via email)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: November 22, 2021        By        *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated:   November 28, 2021                            _____
                                                                              SENIOR DISTRICT JUDGE